CHAUNCEY BUELL AND ELIHU NEWBERRY *versus* NATHANIEL T. TAYLOR AND LAURA N. TAYLOR.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Rule to plead, answer, or demur *p. 123.
PAPERS IN FILE: [None]
*Chancery Case . . . . of . . . .*

ANDREW MACK AND PHINEAS DAVIS *versus* ELLIS DOTY.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Rule to plead, answer, or demur *p. 124.
PAPERS IN FILE: [None]
*Chancery Case . . . . of . . . .*

JOSEPH FAIRBANKS *versus* MICHAEL PEARSALL AND GERSHOM BARTLETT.

JOURNAL ENTRIES (1836): *Journal 5:* (1) Rule to plead, answer, or demur *p. 124; (2) motion to "take" answers from file *p. 127.
PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) answer of Gershom Bartlett; (3) answer of Michael Pearsall; (4) request for copies of answers; (5) motion to "take" answers from files; (6) motion for leave to substitute answer, etc.; (7) answer of Michael Pearsall; (8) motion to dissolve injunction.
*Chancery Case* 199 of 1835.

IN THE MATTER OF THE ENLARGING OF GRISWOLD STREET IN THE CITY OF DETROIT (JOSEPH CAMPAU, APPELLANT).

JOURNAL ENTRIES (1836): *Journal 5:* (1) Rule for certiorari *p. 125.
PAPERS IN FILE: (1) Affidavit for certiorari; (2) transcript of record of circuit court; (3) assignment of errors; (4) motion to dismiss; (5) joinder in error.
*1824–36 Calendar*, MS p. 256 [a].